SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:   415.391.0281
**ssalomon@shb.com, achang@shb.com**

\*\*E-filed 9/28/05\*\*

Attorneys for Plaintiffs
UMG RECORDINGS, INC.; FONOVISA, INC.; ATLANTIC RECORDING CORP.; MOTOWN RECORD COMPANY, L.P.; ELEKTRA ENTERTAINMENT GROUP INC.; LAVA RECORDS, LLC; LONDON-SIRE RECORDS INC.; MAVERICK RECORDING CO.; WARNER BROS. RECORDS INC., CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; CAROLINE RECORDS, INC.; ARISTA RECORDS LLC; BMG MUSIC; LOUD RECORDS, LLC; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; FONOVISA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAVA RECORDS, LLC, a Delaware limited liability company; LONDON-SIRE RECORDS INC., a Delaware corporation; MAVERICK RECORDING CO., a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; CAROLINE RECORDS, INC., a New York corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; LOUD RECORDS, LLC, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>               Plaintiffs,<br>         v.<br><br>DOES 1-246,<br><br>               Defendant. | Case No. CO5-2166 JF<br><br>**NOTICE OF DISMISSAL** |

88514V1

NOTICE OF DISMISSAL
CASE NO. CO5-2166-JF

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs UMG RECORDINGS, INC.;
2   FONOVISA, INC.; ATLANTIC RECORDING CORP.; MOTOWN RECORD COMPANY, L.P.;
3   ELEKTRA ENTERTAINMENT GROUP INC.; LAVA RECORDS, LLC; LONDON-SIRE
4   RECORDS INC.; MAVERICK RECORDING CO.; WARNER BROS. RECORDS INC., CAPITOL
5   RECORDS, INC.; PRIORITY RECORDS LLC; CAROLINE RECORDS, INC.; ARISTA
6   RECORDS LLC; BMG MUSIC; LOUD RECORDS, LLC; SONY BMG MUSIC
7   ENTERTAINMENT; and INTERSCOPE RECORDS (hereinafter "Plaintiffs") hereby voluntarily
8   dismiss previously named Defendant DOES 1-246.

9   Plaintiffs' causes of action against Defendant DOES 1-246 are hereby voluntarily dismissed
10  without prejudice.

12  Dated: September 23, 2005              Respectfully submitted,
                                           SHOOK HARDY & BACON L.L.P.

15                                         By: __/s/ Andrew L. Chang_____
                                               ANDREW L. CHANG

17                                         Attorneys for Plaintiffs
                                           UMG RECORDINGS, INC.; FONOVISA, INC.;
18                                         ATLANTIC RECORDING CORP.; MOTOWN
                                           RECORD COMPANY, L.P.; ELEKTRA
19                                         ENTERTAINMENT GROUP INC.; LAVA
                                           RECORDS, LLC; LONDON-SIRE RECORDS INC.;
20                                         MAVERICK RECORDING CO.; WARNER BROS.
                                           RECORDS INC., CAPITOL RECORDS, INC.;
21                                         PRIORITY RECORDS LLC; CAROLINE RECORDS,
                                           INC.; ARISTA RECORDS LLC; BMG MUSIC;
22                                         LOUD RECORDS, LLC; SONY BMG MUSIC
                                           ENTERTAINMENT; and INTERSCOPE RECORDS

25  9/27/05 IT IS SO ORDERED.    Judge Jeremy FOgel /s/electronic signature authorized
26                               United States District Court

88514V1

NOTICE OF DISMISSAL
CASE NO. CO5-2166-JF